## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MOORE, | Case No. CV 10-6739 DSF (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: 3/21/11

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE