JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY MOORE, | ) | Case No. LA CV 10-6739 DSF (JCG) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 2/21/17

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE